[No. 4580.]

THE FARMERS' IRRIGATING DITCH COMPANY ET AL. V.
THE CONSOLIDATED HILLSBOROUGH DITCH COMPANY ET AL.

**Appellate Practice—Findings—Evidence.**

Findings of the trial court, based upon conflicting evidence, will not be disturbed by the appellate court, where there is evidence to support the findings.

*Error to the District Court of Boulder County.*

Mr. JAMES W. MCCREERY and Mr. JOHN T. JACOBS, for plaintiffs in error.

Messrs. GARRIGUES & SMITH and Mr. C. D. TODD, for defendants in error.

Mr. JUSTICE MAXWELL delivered the opinion of the court.

This record presents two questions for determination.

1.　Was there an abandonment of certain water rights decreed to defendants in error or their grantors?

2.　Did the diversion of decreed water from one ditch to another, injuriously affect the interests of plaintiffs in error?

The trial court found against plaintiffs in error upon both of the above propositions.

Under the settled rule of his court, the findings of the trial court based upon conflicting evidence, there being evidence to support such findings, will not be disturbed.

The controlling propositions of law involved herein, and presented by counsel, are determined adversely to plaintiffs in error, upon the authority of *Platte Valley Irr. Co. v. Trust Co.,* 32 Colo. 102.

The judgment will be affirmed.

*Affirmed.*

The Chief Justice and Mr. Justice Goddard concurring.